AO 450 (SCD 04/2010)   Judgment in a Civil Action

UNITED STATES DISTRICT COURT
for the
District of South Carolina

Thomas Raymond Firriolo,
*Plaintiff*
v.                                                    Civil Action No.    6:18-cv-00335-DCC

Share Sunbelt Resources, Inc., Directors, Employee; Mark Golden, Owner, Palmetto Heating & Air, LLC; John Horn, Manager, Palmetto Heating & Air, Manager & Director of Installation; Tracy Campbell, Office Manager, Palmetto Heating & Air; Timothy Coggins, Mechanical Inspector for the City of Greenville, Formerly Palmetto Heating & Air and Previous Director; Allen Bristow, General Contractor, Hired by Share Sunbelt Resources, Inc.; Ross L. Bowen, Jr., Coordinator for Allen Bristow and Examinor; Trane Corporate Service Company; Share Sunbelt Resources, Inc., Supervisor; Directors, hired Mark Golden, LLC,

*Defendants*

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Thomas Raymond Firriolo, shall take nothing of the defendants, Share Sunbelt Resources, Inc., Mark Golden, John Horn, Tracy Campbell, Timothy Coggins, Allen Bristow, Ross L. Bowen, Jr., Trane Corporate Service Company, Share Sunbelt Resources, Inc., and Directors, from the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed without prejudice.

This action was *(check one)*:
❒ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❒ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Donald C. Coggins, Jr., United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, which recommended dismissing the complaint without prejudice.

Date:   December 13, 2018                                    ROBIN L. BLUME, CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*